DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## TWO WAY RADIO SERVICE v. TWO WAY RADIO OF CAROLINA

No. 29P88.

Case below: 88 N.C. App. 314.

Petition by defendant for writ of supersedeas and temporary stay allowed 27 January 1988.

## WALKER v. CITY OF STATESVILLE

No. 647P87.

Case below: 87 N.C. App. 511.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1988.

PETITION TO REHEAR

## TRAVIS v. KNOB CREEK, INC.

No. 151PA87.

Case below: 321 N.C. 279.

Petition by defendants denied 3 February 1988.